Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
Jae K. Kim (State Bar No. 236805)
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557 1275

THE KICK LAW FIRM, APC
Taras Kick (State Bar No. 143379)
(Taras@kicklawfirm.com)
G. James Strenio (State Bar No. 177624)
(James@kicklawfirm.com)
Robert J. Dart (State Bar No. 264060)
201 Wilshire Boulevard
(Robert@kicklawfirm.com)
Santa Monica, California 90401
Telephone:  (310) 395-2988
Facsimile:   (310) 395-2088

Attorneys for Plaintiff Jana Leigh Thomas-Ortega
and the Putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LEIGH THOMAS-ORTEGA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERIWEST CREDIT UNION, and DOES 1-100,<br><br>Defendants. | Case No. 2:15-cv-02215-JAM KJN<br><br>**ORDER TO REMAND**<br><br>Judge: Hon. John A. Mendez<br>Room: 6<br><br>Case Removed: Oct. 26, 2015 |

**ORDER**

GOOD CAUSE THEREFORE APPEARING, including the parties' stipulation for such, this case is ordered remanded to the Superior Court of California for the County of Sacramento as this Court lacks subject matter jurisdiction over this case.

IT IS SO ORDERED.


Dated: 5/24/2016                             /s/ John A. Mendez
                                             The Honorable John A. Mendez